**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARK FILIPOVICH,**
**NIGEL PRESTON,**
      **Plaintiffs,**

-vs-                                                              Case No. 6:03-cv-194-Orl-31JGG

**NEW YORK CENTRAL MUTUAL FIRE**
**INSURANCE COMPANY,**
      **Defendants.**

_____

# ORDER

On October 4, 2005, Magistrate Judge Glazebrook entered a Report and Recommendation (Doc. 141), recommending that Defendant's Renewed Motion for Attorney Fees and Costs as to Plaintiff Filipovich (Doc. 132) be granted in part, Defendant's Renewed Motion for Attorney Fees and Costs as to Plaintiff Preston (131) be denied, and Appellee's Motion for Appellate Attorney's Fees (137) be granted in part. Defendant filed a timely objection to the Report (Doc. 142), and the Plaintiffs filed a Response (Doc. 143). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is adopted and confirmed;

2. Defendant's Renewed Motion for Attorney Fees and Costs as to Plaintiff Filipovich is **GRANTED IN PART**, Defendant's Renewed Motion for Attorney Fees and Costs as to

Plaintiff Preston is **DENIED**, and Appellee's Motion for Appellate Attorney's Fees is **GRANTED IN PART**, as set forth in the Report and Recommendation.

    3.    The Clerk is **DIRECTED** to enter judgment against Plaintiff Filipovich and in favor of the Defendant in the amount of $44,476.07.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 4, 2005.

                                                 GREGORY A. PRESNELL
                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party